1   STEVE W. MYHRE
    Acting United States Attorney
2   Nevada Bar No. 9635
    CRISTINA D. SILVA
3   Assistant United States Attorney
    Nevada Bar No. 13760
4   501 Las Vegas Blvd. South, Suite 1100
    Las Vegas, Nevada 89101
5   PHONE: (702) 388-6336
    FAX: (702) 388-5087
6   cristina.silva@usdoj.gov

7
    *Counsel for Plaintiff*
8   *United States of America*

9

10              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
11                         **-oOo-**

12

13   UNITED STATES OF AMERICA,          2:96-mj-0143-VCF

14                   Plaintiff,         GOVERNMENT'S MOTION TO
                                        DISMISS CRIMINAL
15          vs.                         COMPLAINT PURSUANT TO
                                        FEDERAL RULE OF
16   JOHNNIE RODRIGUES,                 CRIMINAL PROCEDURE 48(A)

17                   Defendant.

18

19          The United States of America, by and through the undersigned attorneys,

20   respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a)

21   to dismiss the Criminal Complaint and close the case in the abovecaptioned matter.

22          On March 30, 2017, the United States was provided a certified copy of Aguirre's

23   death certificate from the the State of Nevada, Department of Human Resources

24   Division of Health, Section of Vital Statistics for the defendant. Accordingly, the United

                                        1

States respectfully requests that the Criminal Complaint be dismissed and the case against the same be closed.

DATED: July 11, 2017

Respectfully submitted,

STEVE W. MYHRE
Acting United States Attorney

_____
//s//
CRISTINA D. SILVA
Assistant United States Attorney

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: ___7-11-2017___